USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/6/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                     :

UNITED STATES OF AMERICA,          :
                     :

     -v-                 :

                     :         00-cr-0694-2 (LJL)

LIN LONG QUN,              :

                     :           ORDER

          Defendant.      :

                     :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The United States Attorney is directed to respond to Lin Long Qun's letter by July 26,

2021.  *See* Dkt. No. 38.  The Clerk of Court is respectfully directed to mail a copy of this Order

to the pro se movant.


SO ORDERED.

Dated: July 6, 2021
      New York, New York          _____
                                      LEWIS J. LIMAN
                               United States District Judge