UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                             :

UNITED STATES OF AMERICA,          :

                                             :

          -v-                   :                 00-CR-694-2 (LJL)

                                           :

LIN LONG QUN,                      :                   <u>ORDER</u>

                                           :

                       Defendant.       :

                                           :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      By order of July 6, 2021, the Court ordered the United States Attorney to respond to Lin Long Qun's letter at Dkt No. 38 by July 26, 2021.  The United States Attorney did not respond.  The United States Attorney is HEREBY ORDERED to respond by September 3, 2021.  In the absence of a response, the Court will assume that the Government consents to the crediting of time served at the MCC.

      The Clerk of Court is respectfully directed to send a copy of this Order to the pro se movant and to the United States Attorney.

      SO ORDERED.

Dated: August 23, 2021
      New York, New York                                          LEWIS J. LIMAN
                                                United States District Judge