UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
    -v- : 00-CR-00694-2 (LJL)
:
LIN LONG QUN, : ORDER
:
    Defendant. :
:
------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of a letter from defendant at Dkt. No. 47 regarding the status of defendant's motion. The Court has followed up with the United States Attorney's Office at the Southern District of New York and have confirmed that they are in the process of transferring the entire case, including defendant's motion, to the Eastern District of California. No further paperwork is required to be filed in this Court by the defendant as this time. The United States Attorney for the Southern District of New York shall report to the Court by no later than November 8, 2021 that the case has been transferred.

    The Clerk of Court is respectfully directed to send a copy of this Order to the Defendant.


    SO ORDERED.

Dated: November 2, 2021
      New York, New York
                                                  LEWIS J. LIMAN
                                          United States District Judge