UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
    -v-                                                 :          00-CR-00694-2 (LJL)
:
LIN LONG QUN,                                      :          <u>ORDER</u>
:
             Defendant.                      :
:
------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court amends its previous order and directs the Clerk of Court to strike Dkt. No. 48 from the docket. It is the Court's intention to have defendant's motion at Dkt. No. 38 transferred to the Eastern District of New York, and not the entire case. The Court orders that the motion be transferred, and a copy of the motion be sent, to the United States Attorney's Office at the Eastern District of California. The Court has followed up with the necessary units to confirm that they are in the process of transferring defendant's motion to the Eastern District of California. No further paperwork is required to be filed by the defendant at this time. The United States Attorney for the Southern District of New York shall report to the Court by no later than November 11, 2021 that the motion has been transferred and the United States Attorney's Office at the Eastern District of California has received a copy.

      The Clerk of Court is respectfully directed to send a copy of this Order to the Defendant.

      SO ORDERED.

Dated: November 4, 2021
       New York, New York

                                                          LEWIS J. LIMAN
                                                 United States District Judge